# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| CITY OF RENTON, | ) | No. 71766-9-I |
| | ) | |
| Respondent, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| | ) | |
| ROBIN D. MILLER, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: November 16, 2015 |
| | ) | |

LAU, J. — Robin D. Miller contested a $45 parking infraction in Renton Municipal Court. The court found the infraction committed, and Miller appealed to King County Superior Court, which dismissed the claim on procedural grounds. We granted discretionary review.

We do not reach the merits of the claim because we conclude that this court lacks jurisdiction to hear the case. Under RCW 2.06.030, the appellate jurisdiction of this court does not extend to civil actions at law for the recovery of money or personal property when the original amount in controversy does not exceed the sum of $200. In City of Bremerton v. Spears, 134 Wn.2d 141, 151-53, 949 P.2d 347 (1998), the Supreme Court concluded this jurisdictional proscription is absolute.

The appeal is dismissed.

WE CONCUR:

_Spearman, C.J._

_Lau, J._

_Leach, J._